# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DEMARCUS VEASEY,**                                                                                     **PLAINTIFF**
**#171105**

v.                              Case No. 4:20CV01161-LPR-JTK

**ROBERT BYNUM GIBSON, JR., et al.**                                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice.

IT IS SO ADJUDGED this 10th day of December, 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE